Commonwealth *v.* Thomas, Appellant.

Submitted June 15, 1973. *Samuel F. Fineman* and *Jonathan Miller,* Assistant De-

fenders, and *Vincent J. Ziccardi,* Defender, for appellant; *James J. Wilson* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.